IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARREL CUMMINGS,

    Plaintiff,

v.                                    CASE NO. 4:07cv428-RH/WCS

DEPT. OF CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's emergency motion for preliminary injunction (document 7) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 8th day of January, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge