# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DARREL CUMMINGS,

    Plaintiff,

v.                                      CASE NO. 4:07cv428-RH/WCS

WARDEN DUFFIE HARRISON
et al.,

    Defendants.

_____/

## ORDER DENYING TEMPORARY RESTRAINING
## ORDER AND PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's second report and recommendation (document 121). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a temporary restraining order and preliminary injunction

(document 119) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED on April 20, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge